**STATE of Missouri, Respondent**

v.

**James Robert BLACK, Appellant.**

**James Robert BLACK, Appellant**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 46878, WD 49354.**

Missouri Court of Appeals,
Western District.

Feb. 21, 1995.

**394**

Robert Alan Kelly, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SPINDEN, P.J., and ULRICH and SMART, JJ.

### ORDER

PER CURIAM:

In this consolidated appeal, James Robert Black appeals his judgment of conviction for passing a bad check, § 570.120, RSMo 1986, and the denial of his Rule 29.15 motion for post-conviction relief. We affirm the judgment and the denial of his motion. Rules 30.25(b) and 84.16(b).